UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNNY ANDRES ASUNCION, III,<br><br>    Defendant. | NO. CR-03-2160-EFS<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO CORRECT JUDGMENT** |

    Before the Court, without oral argument, is Defendant Johnny Asuncion's Motion to Correct Judgment (Ct. Rec. 65), which seeks credit for time served in the state matter underlying his supervised release violation. Because Defendant has already served the twenty-four month sentence that was imposed on November 13, 2007, **IT IS HEREBY ORDERED**: Defendant's Motion to Correct Judgment **(Ct. Rec. 65)** is **DENIED AS MOOT**.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Petitioner and counsel.

    **DATED** this   22nd   day of October 2010.

                                          S/ Edward F. Shea
                                             EDWARD F. SHEA
                                  United States District Judge

Q:\Criminal\2003\2160.credit.time.served.wpd

ORDER ~ 1